## UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
2/2/26 _by_ JA 26 _pages_
Date        initials      No.

Ronnie Gully Jr.

_Plaintiff(s)_

v.

Philip T. Royster, Lt. Dallas, Lt. Gaetz
IA OTTEMIER, Sandy L. Walker,
Anthony Jones, Anthony wills Lt. Brandt
Lt. Chitty, Latoya Hughes, C/o Cambell
C/o Cowan   _Defendant(s)_

26-114-SPM

Case Number: _____
_(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)_

☒ ORIGINAL COMPLAINT

☐ AMENDED COMPLAINT

> **You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.**

## I.   JURISDICTION:

☑ ___ I am suing for a violation of federal law under 28 U.S.C. § 1331:

☑ 42 U.S.C. § 1983 (state prisoners);
☐ _Bivens v. Six Unknown Named Agents_, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐   Other (provide an explanation):

## II.   PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: _____ Ronnie Gully Jr._

Address: _____ P.O. Box 1000, Menard Ill. 62259_

Inmate ID Number: _B88170_

Rev. 04/16/2025



**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: Philip T. Royster

Job: Lutinent

Address: 711 Kaskaskia St, Menard Ill. 62259

Additional info: Peasant turn key with IDOC

**Defendant #2:**

Name: Dallas

Job: Internal Affairs Lutinent

Address: 7ll. Kaskaskia St, Menard Ill. 62259

Additional info: investigate staff misconduct w/IDOC

**Defendant #3:**

Name: Goetz

Job: Lutinent

Address: 7ll Kaskaskia St., Menard Ill. 62259

Additional info: With IDOC

Rev. 04/16/2025

Defendant #4

Name: Ottenmier        Job: Internal Affairs    acted under color of state law
with IDOC

Defendant #5

Name: Sandy L. Walker    Job: Lutinent/Adjustment Commitee    acted under color of
chairman                state law
with IDOC

Defendant #6

Name: Anthony Jones    Job: Sargent/Adjustment Commitee    acted under color of
minority member        state law
w/IDOC

Defendant #7

Name: Anthony Wills    Job: Warden of Menard /w IDOC    acted under color of
state law

Defendant #8

Name: Brandt    Job: Lutinent /w IDOC    acted under color of
state law

Defendant #9

name: Lutinent Chitty    Job: Lutinent/w IDOC    acted under color of state la

Defendant #10

name: Latoya Hughes    Job: Acting Acting Director of IDOC    acted under color of State
Law

Defendant #11

name: C/o Cambell    Job: Correctional Officer/w IDOC    acted under color of state
Law

Defendant #12

name: C/o COWAN    Job: Correctional officer/w IDOC    acted under color
of state law

## III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☑Yes ☐No

B.   Answer the following questions about **ALL** past federal lawsuits. <u>**FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**</u>. (Use extra pages if needed)

1.   Case name, case number, and Court:

2.   What was it about:
42:USF1983   prisoners rights   civil claim

3.   What happened (was it dismissed, did it go to trial, was it settled):

4.   Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).

| name | case No. | District | outcome |
|---|---|---|---|
| Gully v. Watson | 15-cv-276/JFG-KCW | Southern District | Settled |
| Gully v. Trice | 15-cv-00475-SMY | Southern District | Consolidated |
| Gully v. Houser | 17-cv-211-DRH-SCW | Southern District | Settled |
| Gully v. Hundley | 18-cv-539-KJK | Southern District | Settled |
| Gully v. Hunley | 3:17-cv-211-NJR-MAB | Southern District | Settled |
| Gully v. Brookhant | 22-cv-2816-RJD | Southern District | Ponding |
| Gully v. Trotter | 22-cv-2816-RJ2 | Southern District | Pending |
| Gully v. Nurse | 23-1135 | Central District | Pending |
| Gully v. Hansen | 23-1114 | Central District | Dismissed |
| Gully v. Phister | N/A | Northern district | Settled |
| Gully v. Trice | 15-cv-159-JFG-SCW | Southern district | Settled |

○ strikes         ○ Trials         1 Dismissal

Rev. 04/16/2025

### IV.    GRIEVANCE PROCEDURE[1]

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                                    ☑ Yes    ☐ No

C.    Has the grievance been returned from the highest or last level of review?
☑ Yes ☐ No
*2 N/O*

D.    If your answer is NO, explain why not. Did you do anything other than a grievance to alert prison authorities to the problem?

In most or some Instances the grievance procedure was fully complete to highest level But Menard as of lately has been refusing me grievance forms due to they are suppose to be readily available in cell house per AD code. But are not so I file hand

E.    If you are a **federal inmate**, attach copies of your request for an       written grievance administrative remedy and any response you received. If you cannot do so, explain why not:

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).
Rev. 04/16/2025

1st Amend Retaliation
14th due Process violation   Statement of Facts   8th Amend Excessive Force O/c Spray

On Feburary 14, 2025 while in East cellhouse on one gallery cell 109 I during an execution of a tact team shakedown was approached by Lutinent Gaetz, of the Menard Correctional Center. He gave orders for me to strip in which I complied. Upon me preceding to lower my boxers he saw my penis and said "aww I see you're a grower". I ignored is inappropriate remarks and continued to obey his orders "open your mouth, shake yo hair, lift, until he told me to dropped down and get my eagle on." As a result of his sexual remarks I yelled for another officer to get this sick wierd pervert away from. That's when I was approached by Lt. Philip T. Royster who I tried to explain the situation to humbly and respectfully to. While in mid sentence he mased me all in my face, dreads, and on the front of my boxers and my buttocks. He then ordered me to cuff up. I got dressed and summararily immediately complied. Blind, short of breath due to I was having a asthma attack I hit my inhaler and left to HCU were I rinsed my face and was booked into North 2 restricted housing. I then refused to leave unless I could report a PREA. Which that day did not occur. Approximately one day following I recieved a ticket for 215 dissobey direct order essential to safety and security & a 102b/601 Attempt to Assault Staff. A false ticket that alleged. I thru a closed locked door attempted to assault him Royster. Being I had a arm sling on with my bicep rolled up my arm & torn tendons in my left arm, I also walk with a cane due to 2 operations on my right ankle and have 12 screws, 2 rods, and 2 metal plates, on top of I have seizures and highbloc pressure & I'm asthmatic. Clearly falsified report to cover up his reasoning for masing me when no threat existed and was done simply for the art." Days following at my hearing Disciplinary hearing Sandy L. Walker and Anthony Jones denied me the leave to call witnesses though I submitted a witness slip & requested that the camera footage be reviewed being my cell was directly accross

from it. Ms. Walker informed me she saw the footage however she will 100% of the time support her staff." She said "you lucky I'm only giving you 45 days. She also took my phone, in-person contact visits and cut me off admid me purporting a defense. All things which violated 504.80 Administrative Codes and policies for Adjustment committee proceedures. Subsequentially I spoke to Tate internal affairs officer in regards to what occurred I further requested a keep separate order By intel Lutinent Dallas Of IA. Upon my release from segregation I was followed and approached by Lt. Royster who said verbatim "Get ready I'm going to make you my personal fuck toy you're going to wish you was rather dead when I'm done with yo black ass I'm head off tact & union Rep your ass is grass." Shortly after I began to be deadlocked by Lutinent chitty for yards, comminsary. My physical therapys all cancelled, My video visit, in-person visits all cancelled. IA Ottenmier started harrassing me with various cell seaches in which he wrote me a 601/203 drug ticket saying a kite I wrote was drug related due to 8/18/25 pill. a day after I had a seizure due to I was written a ticket by him for using the letter(PS). Due to my family kept calling saying I had no fan during a heat wave being stuck behind a metal steel door on 8 gallery with clear plexy glass no fan in temperatures arising to 120° It was said he searched my cell due to looking for a fan. Yet Ottenmeir opened a sealed "legal Mail" addressed letter that was going toward an investment group with proctor & Gamble not representing a PGa of saturated chemical sprayed paper. And due to Royster enactment of a "campaign of harrassment" due to me filing grievances and a PREA he has created a wide plethora & vast array of undue harrassmer thru a wide range of avenues by retalitory & fictatious disciplinary reports. Though he is unassigned to the Adjustment Committee he is present at

2

every single disciplinary proceedings. Influencing and disrupting the outcome. The writing in conjunction with the backing of implementation of discipline by Sandy L. Walker, Anthony B. Jones has caused me to due over 9 months unduly in segregation, it's denied me school, rehabilitation the ability to get video visits, has made me lose over 60 lbs, has forced my aggression level to rise to a 41 when I haven't physically touched a inmate or staff since January 30, 2023. Yet staff in Menard till current date has wrote me 601 on over 5 occassions

See: 2/14/25  601/102b  assault (no one got touched)

   8/18/25  601/203  drugs (No drugs retrieved)

   11/18/25  206  Threats & intimidation (Ticket alleged me threat in charging document, no Knive or contraband)

   12/29/25  601/104  dangerous contraband

   12/29/25  601/107  Sexual misconduct (for a kite never given to no one

   (Amounting to 1yr seg & year no phone, visits etc)

This is deprieving me of viable time & resources at a time my sister has cancer and 6-months to live, Dad has Dementia & my other Sibling stage 4 liver failure & congestive heart failure. Deprieving me of phone access, ability to hug them some which after 14 years no human contact serves to dehumanize and is an aggravating factor that is all aimed to (intentionally inflict emotional distress) IIED a tort in which is to be conjunctured with this complaint. My agg level stops me from transferring, going to better facilities with more programming Since in Menard we are extremely persecuted & oppressed to no avail harrassed thru obvious ostentatious lies manufactured simply for the art just because. I've financially, mentally, physically, emotionally, suffered as a direct result of this excessive force O/C spray by Royster, False

3

disciplinary reports. When every time I am written any ticket Sandy L. Walker and Jones never produce any evidence it has. Nor will they read my written statements and defense nor affadavits in which I ostentatiously proffer to the adjustment committee. Nor is it ever attached to any final summary reported in the basis of guilt section. This committee has convicted me 100% of the time. And always renders harsh excessive sentences disproportionate to the nature of the offense. Put us through 3 separate disciplines to be imposed for 1 alleged infraction. Meaning instead of grade demotion from A grade to B-grade she goes from A-grade and demotes all the way to C-grade. meaning. IF you get 3-months c-grade, you do 6 months altogether. 3month C-grade then 3-months B-grade the back to A-grade. C-grade gets no food, 0 calls per month on phone, 0 video visits, which cuts off all meaningful world communication. B-grade - you get 2 calls per month, $30 hygiene or food (if in general population) & for non-related issues knife, staff assault, drug paraphernalia. She restricts contact visits that offenses are non-related to any embreachment of any visitation policy. Sandy L. Walker is a feminist power struck degenerate bigot whom proof is how in statistics & #'s by "Modeous Operandi" MO or "mode of operation." She is a key primary factor and culprit in the "Campaign of Harrassment" formed deep by "Lutinent Philip T. Royster" whom #1 is their union Representative for Menard. Head of the Military look alike in uniform tactical gear of the "ERT" Emergency response team, as well is Over North Two Restrictive housing unit. Meaning any time a C/O faces Suite, illness or discipline they have to rely on Philip T. Royster to back them and their cause to keep their job. This means he has power and influence in every single IDOC Menard department so me RATTING him out about a "PREA", filing grievances about that and

4

Excessive force was me kicking over a bee or wasp nest. It's why I'm illicitly in seg now for 9 months due to drugs being allegedly discovered on December 29, 2025 by Cambell & C/o Cowan who wrote a DOC 434 & DOC 300 (434 incident report) (300 shakedown slip) who wrote me and my cellmate tickets for 104, 202, 107, 308 but not 203 drugs. They waited to After Ms. Walker heard the ticket & wrote a subsequent ticket on 1/11/26 13 days later. When 504.80 of the 20 Illinois Admin directives says is Section A) That no disciplinary report shall be written more than 8 days after the discovery of the offense."

Yet I recieve 6 month Seg, 6 months visit restriction, 6 month C-grade, 6-month B-grade. And to add insult to injury C/o Cambell plant a rolled up cigarette on my bunk as he's done a vast array of many menard inmates. He searched my cell yet didn't sign the ticket as a witness. I was written a ticket illicitly by Jacob SCHULTZ who #1 never placed me under investigation nor gave me an investigative ticket. #2 Never search any cell of mine who wrote a ticket based off another layman C/o findings that omitted this finding out of all the other contraband in which he said in his own ticket.

It behooves this honorable court that I arrived in Menard 6/18/24 I went with 0 tickets till 1/19/25 or so on 2/14/25 after my run in and verbal altercasion in which I was unduly assaulted and excessive O/C spray was used by Philip T. Royster and I filed PREA, grievances and he told me verbatim "he's going to make me his personal fuck toy". All retalitory cell searches, fictatious disciplinary reports, and destruction of my property kicked off. He has the intelligence, influence, favoritism, seniority, & motive

5

to come for me. These though isolated incidents are cohesively meshed and interrelated for one wouldn't exist without the other. OTTENMIER has served as ERT, Lutinent Brandt who lied on me flat out on 11/13/25 and wrote a doc intimidation of Threats is ERT & same rank, Lt. Chitty is ERT and a Lutinent same rank as Royster they all are coming for me. It prejudice them no different than when a criminal defendant robs & kills a person who has co-defendants during the commission of a felonious offense under Illinois law it is called "accountability". They conspired against me, Each day prior to attending post they all have "Briefing" a "meeting of the minds" or "roll call." Where an agenda is pushed and set for the day. For the courts to place a blanket of protection & allow or defend them it act's in the capacity of an attorney General and enbreaches rules setforth in Judicial misconduct clauses showing partiality."

Let's be clear Im the 1 who is going against all ODDs here not C/o.s. They have every resource of the state & free world & a team of PI's, investigators, college educated attorneys. Im nothing more than a "humble highly oppressed & persecuted" Ward/slave of the state. Nothing is prejudicial about a "Campaign of harrassment claim"

Definition    Campaign — Several related operations aimed at achieving a particular goal.    campaign of harrassmet 1st Amend violation
See: Tenn v. Cook, No 18-cv-0993 JPG (S.D. Ill Oct 26, 2018)
This is no different than the Government placing the RICO on multiple defendants for running a criminal operation same as these guys did to deter, harrass, subdue the will of & persecute. All had a individual role

and part to play in ah grand scheme. Jones, walker, Ottermier, SCHULTZ, Royster & Brandt in the U.S. District court has a long paper-trail & are named in a vast array of simular suits; with quasi akin behavior "JUST LOOK" !!!!! /// o o o o ogo

Their reputation precedes them. I respectfully & humbly seek leave to prosecute to the furthest extent of the law to make these allegations fruitful & make perfect sense in the eyes of a legal scholar & a regular novice laymen void of understanding Ima make em.

8th Amend

to Philip T. Royster – Excessive force for O/C spray / 1st Amend retaliation & campaign harrassment

1st amend

to Gaetz    retaliation /Sexual harrassmeut

Due process violation /8th excessive fines & penalties /1st Amend retaliati

& 14th

Lf Walker no evidence, no witnesses, partiality, no camera footage    Caboots w/ royster

8th & 1st

Lt. Brandt false ticket / part of campaign of harrassment retaliation

8th Am

IA OTTENMIER

IA SCHULTZ    8th amend /1st Amend campaign of harrassment false tickets

IA Dailes – failure to stop / enabled corrupt behavior, / lied in investigation & Retalitory cell search

atova Hughs – failure to stop / enabled corrupt    /embreachment of fidiciary duty on both parties. siding

Anthony wills

IA per

with the department over well-being of inmate in their care/ refused to discipline officers, put K&F transfer in / and signed off on grievance & disciplinary tickets when could of expunged left me helplesss aided a Corrupt illicit cause.

C/o Cambell

c/o Conway    1 Campaign of Harrassment & retaltory tickets & cell searches.

Put false disciplinary tickets & literally planted drugs in my bed.

IA OTTENMIER /SCHULTS    where involved. These people all in IDOC Menard are powerful in totality I got 9 months Seg about over 1year C-grade 1 year b-grade, 6 month visit restriction for nothing W/O evidence and for a report that is procedurally flaw written 11 days when limit is 8 days

(1)

# Written Defense

(202) Damage misuse of Property - Not Guilty

(601/203 Con Spiracy to drugs and drug para phernalia - Not guilty

(See: Exhibit C & B ticket
& grievance,

## Statement of facts

Im not guilty due to I had family contact staff as to not having a functional fan. Due to a heat wave 100° plus & me being asthmatic and property c/o mig refusal to relinguish my fan I bought 3 off the gallery but they all broke. So I notified staff of this & set the broken fans at my cell doors for them to retrieve. Please review (Exhibit C Kendrick Butler Affadavit & Camera Footage) which a camera is smack dab in front my cell which occurred at about 12:50 pm on 8/14/25 they came to cell front. Per Admin Code when an item breaks you must keep a old broken item to swap out for new one which is what I did. N I stuck my hand thru the chuck showing IA the blown fuse in the cord and said property can fix them and use as state loans for inmates who needed state loans due to Illinois this region is under heat wave advisory & no one should have to go thru & suffer as I did.

↓

601/203 Conspiracy to drugs and drug para pher nalia
- Paraphernalia - equiptment, gear, stuff, in struments (Rogets Super the saurus) *definit ions*
- Conspiracy - plotting, scheme, collusion, treachery, foul play

  ＊ Let's be clear and stipulate obvious facts that are undeniable.
    ＃1.) No drugs were recovered
    ＃2.) No equiptment, needles, syringes, wicks, rolling paper, burnt pape
    ＊3.) No proof money was exchanged for drugs soley speculation.
    ＃4.) No name of Any drug was mentioned in letter p, pg meant som
    but in theory could of meant anything ticket is a far reach with no evidence
    to co+berate speculation or theory. Talking Loud Saying Nothing!

ed : suit
Seed : Term employ
Seed : $ bag
Seed : Fed inv
Seed : Dn Fool
  coded Language

(2)

## Facts disputed

On 8/14/25 I had my uncle, wife, mom, dad, and 3 sisters and full support team called the Director, Head of IA, Lt. Gov, & Gov so much to tie up every phone line in various departments until every call here was about a 3 week denial of a fan. No need for a cell search was warranted due to all fans where divulged and clearly laying in the middle of the floor with all parts. (See: Exhibit C & exhibit B) Yet IA searched thru my legal bag & confiscated a sealed document clearly marked "legal Mail". Some which violates Attorney Client privelege and the 1st Amendment access to court & freedom of speech. Their actions in legal terms is highly illicit based on 4th Amend illegal search and seizure termed " fruit of the poisonous tree doctrine." Example an inmate got a oz of cocaine in his asshole Kester & is under suspicion under IDOC policy a physician of same sex must conduct search of body cavity. If a laymen c/o mase and subdue and dig in the inmates rectum then be foolish enough to admit in his own report such an intrusion. He's most indubitably going to jail for rape & sodomy & any contents retrieved is inadmissible for they are ill gotten goals in which is procedurally flawed. Same in this stead n instant cause. I sealed an envelope addressed to an attorney with (3) letters the 3rd letter detailing the coded language (P) & (Pg) For a future investment (Procter & Gamble) an investment company both which creates portfolio's for stocks, bit coins, and various other companies who'se set IPO's (initial public offerings) that's gone public. My letter was sealed to go to my legal team who protect my interest & we had to send both our hand writings so he would have leave to go ahead as our proxy. Due The fake name on the envelope was due to on many many occassions my legal documents have been compromised & Im conducting real business legit tryna get rich n Im being conspired n hated on. Menard C/o's throw my shit away. N Im being harrassed 601 fake staff assault no body get touched no weapon retricved goofy, 605 fake drug charge no equiptment no drugs found goofy all aim to seize inperson visits ce I get mad love from

(4)

#3.) Made various conclusions & inferences as if fact with O supporting evidence to substanciate or cooberate. Simply fallacies that because he did A usually in past it must mean B so he's guilty of C. Not true mein speculation.

$\frac{O}{A}$

<u>We can all Agree</u>

• IA had O witnesses to cooberate & substanciate report when 2 IA officers where present why wasn't hat / beard listed on ticket as a witness?

• IA provided no Doc ~~0300~~ <sup>0300</sup> form 5th copy to me per Admin Directive 05.01.111 |SEE: Exhibit D| (I don't have nor never recieved it)

• IA failed to make mention of codes to CPA & legal team which specified what $ was to be allocated to which portfolio plus I had been loaned $

• IA made Assumptions - guess, hypothesis, theory, hunch
|SEE: Exhibit E|
Some not certain enough to deprive me of hug my mom, son, dad, girl, sister especially when I just did 90 days seg, got 6 months B&C grade & 6 months visit restricti I got a week left of. It's just God damn evil!

A work the app means when I go to pop I'll have the TV to watch CNBC to see how the market is doing watch the ticker to get a higher % of payout when we invest. Due to I was fronted $ in our investement pool at 100,

⚹ No investigation was conducted I was never questioned what it meant had so I'd not got a ticket & could of easily broke all factors down.

" IA is conspiring against me due to M. ottensmeir told me my klan gone still kill your ass we will complete our aim you niggers dont run shit "
NOT Guilty ⚹ End of R....t

(3)

my mom, family, multiple women, n a few loyyk bro's. My mom 67 my pops 68 they want to hug their baby boy not see me for 1 hr behind a glass.

[SEE: Exhibit A] (Grievance filed regarding mail delivery, harrassment I requested a transfer. On 7/17/25  28 days prior to incident)

I sent my legal mail out in fake name cz if not it never make it. And I've been in need of proof of mail intrusion to smack Menard with mail fraud a federal case. That envelope had a U.S. postal stamp on it. And was done out of eagerness n desperation to find something to stick n charge me with to retaliate for the nuisance and disturbance my people caused to see to it I was not murdered. I have seizures, Im asthmatic, have high blood pressure and walk with a cane due to 1a rod, a screw and a metal plate was installed. Yet Im behind two steel doors & plexy glass even after a near death experience n I've contracted scabies or hepititis A from fecial matter on our trays these fools shitting on trays back here. Ive wrote state/federal investiga spoke to Lt. Dallas, Latoya Hughs, Eugene Waters, DOJ etc. N Im being now retaliated against with false disciplinary reports.

[SEE: Exhibit B] - Grievance filed about a recent seizure I had due to being found unconscious from heat exhaustion where I was dragged in my boxers shirt off, barefoot and taken to HCU. I nearly died. Filed about fan delivery informing staff I had fans to turn in to retrieve new fan.

*Note: Illegal for dogs to be left in hot cars during summer months what about me?

## Facts Agreed

(1.) No search was necessary to look or retrieve a big fan in floor plain sighted object IA lied in report lie 1x lie 2x they're unreliable and had bad intent

2.) IA made a mistake fuck they title! For it does not exempt them from being subjected to human error. Emotions distort the truth in what we see

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B88170 | **Counseling Date** | 08/11/25 10:15:49:420 |
| **Offender Name** | GULLY, RONNIE J. JR. | **Type** | Collateral |
| **Current Admit Date** | 07/15/2015 | **Method** | Grievance |
| **MSR Date** | 08/22/2036 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-17 | **Staff** | LOYD, BETTY J., Office Coordinator |

Grievance Office received grievance #K4-0725-3917 dated 7/17/2025, regarding mail delivery, harassment, transfer. Grievance forwarded to Grievance Officer for review at second level.

Exhibit A

**Print Date  8/11/2025**

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B88170 | **Counseling Date** | 08/15/25 12:46:56:600 |
| **Offender Name** | GULLY, RONNIE J. JR. | **Type** | Collateral |
| **Current Admit Date** | 07/15/2015 | **Method** | Grievance |
| **MSR Date** | 08/22/2036 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-17 | **Staff** LOYD, BETTY J., Office Coordinator | |

The Grievance Office received grievance #K4-0825-4281 dated 8/14/2025, regarding HIPAA, medical treatment/seizure from heat/low bunk/gallery permit, fans take to long to delivery after purchase. This grievance was marked Emergency and HIPAA by the individual in custody. This grievance has been forwarded to the CAO for their review and decision of whether it will be expedited as an emergency.

Exhibit B

**Print Date  8/15/2025**

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF Randolph )



## AFFIDAVIT

I, Kendrick Butter M03292 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On or about Aug. 14, 2025, at approximately 12:45 PM or So, I personally had my mirror out on the gallery right after I witness three individuals walk past my cell Location (8/14), at the time I was looking for a porter but then seen that it was two I/A officials Ottensmeier & one I never seen before that we'll say "John Doe" with the gallery officer I believe is Staven or Stavan & When they stopped walking they started talking to Individual In Custody Ronnie Grully (ID#B88170), who was Located at 17 cell of 8 gallery. I overheard one of the I/A officials tell Grully that his superior needed to talk to him about a P.R.E.A (Prison Rape Elimination Act) reported. Grully replied "Hold Fast for a minute because I need to wash up first". They stood there for awhile & then

(1 of )

Kendrick Butter M03292

_____
AFFIANT

Emergency
Notary
Public— self notarize(

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 17 DAY Aug. , 20 25

_____
NOTARY PUBLIC

STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, Cont... pg from 2 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Grully came back to the door & asked c/o Stavan about his fan & Stavan said "yeah, we got one for you but you have to turn in an old one they say." Grully then said "I have all non-functional ones right here, three, two are mines & one I bought off the gallery look, the fuses are all blown out." While still having my mirror out I witnessed Grully show three cords to the c/l/A official who took over the conversation & said "Yeah, your family & wife continues to call down here about you over heating, being dehydrated, & not having the commissary fan that you purchased." Grully then said "Thats my support system, they worried something might happen to me because I have asthma & suffer from seizures — in fact I fell out like yester-

(2 of   )

Kendrick Butler M03292

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 17 DAY Aug. , 20 25

_____
NOTARY PUBLIC

Emergency
Notary
Public - Self Notarized

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, Cont∞ pg. from 2 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

day from a seizure, so they got good reason to be calling". Grully has been on the gallery with me for approximately 90 days & I have witnessed certain c/os harass Grully personally & have witnessed c/os, sgt.s, & some Lt.os as well as other officials become unprofessional & unethical - I believe that hes currently being harassed at the moment with the said D.R (Disciplinary Report).

Kendrick Butter Mo3292

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 17 DAY Aug. , 2025

_____
NOTARY PUBLIC

Emergency
Notary
Public-Self Notarized

Exhibit F

## Declaration Of Peter J McCloud

I, Peter J McCloud being competent to Make this Declaration Under the Penalties of Perjury pursuant to 28 U.S.C section 1746. And I the Declarant states As Follows.

On August 14, 2025 At Approxiamately 12:43 pm on the stated date. Officer Sandin our Wing Officer And Officer M. Ottersmeir (I.A) And Another I.A Officer whom I Never saw before, (But heard him state to Individual in Custody Ronnie Gully that he was I.A) Ask Gully did he have Any Fans. Gully Responded that he had fans but none were functional. Gully Also told the officer's the fuses keep blowing And one fan he brought off the gallery.

I seen Him (Gully) reach-out his chuckhole three times (Which I saw through My Mirror out the Chuckhole)

They stepped back As he showed them three (3) fans And there cords which Contained the fuses

He explained to them about his Health Concerns. With his Seizures and Chest Pains. And already having Blacked out from Heat Exhaustion days' Prior that lead him to be taken out his cell to health care.

He offered to turn them (the Broken fans) into property to be Fixed And given As State loans. And he inquired About his fan he purchased from Commissary. And Further reiterated He blacked-out from "Heat Exhaustion" And that he Almost "Died".

The I.A C/o M. Ottersmeir told the other C/o From I.A And C/o Sandin To take (Gully) out for A P.R.E.A Interview.

(Gully) Complied (to be handcuffed) And the C/o's took him off the gallery.

I.A M. Ottersmeir Came Back to the Cell And basically Destroyed Gully's Cell. Throwing stuff out. And Ranshacking it.

If Called to Do so I will be Able to testify to what I saw And what I heard

Declarant SAYETH
NAUGHT

Signed And Executed
        ON

Peter J Melad        Day of the 15, Month of August
                     Year of 2025

                        August 15th, 2025

# State of Illinois - Department of Corrections
## Counseling Summary

Exhibit 5

| | | | |
|---|---|---|---|
| **IDOC #** | B88170 | **Counseling Date** | 02/14/25 13:42:17:447 |
| **Offender Name** | GULLY, RONNIE J. JR. | **Type** | Personal |
| **Current Admit Date** | 07/15/2015 | **Method** | Face To Face |
| **MSR Date** | 09/12/2036 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | E -01-09 | **Staff** | LOYD, BETTY J., Office Coordinator |

Grievance Office received grievance #K4-0225-0795 marked emergency by the individual in custody dated 2/9/2025, regarding nurse sick call, medical treatment bicep. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date 2/14/2025**

## VI.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.

\* Punitive damages award me: $50,000.⁰⁰

\* Compensatory damages award me; $10,000.⁰⁰

\* Nominal damages: $1,500.⁰⁰

\* KSF "(Keep Separate From) Transfer for Safety & Security of institution

*Restraining order & Injunction*

\* Expunge record

If cannot grant relief strike & my well being what cannot and

## VII.   JURY DEMAND (check one box below)

grant leave to proceed on what can be done

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed on: 2/3/26 (date)

Signature of Plaintiff

711 KasKaskia
Street Address

Menard Ill, 62259
City, State, Zip

Ronnie Gully Jr.
Printed Name

# B88r70
Prisoner Register Number

Rev. 04/16/2025



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Gully, Ronnie
Name

B88170
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?                Yes or No

    If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or No

        If yes, please list case number: _____

        If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?                     Yes or No

        If yes, please list case number: _____

        If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:            28

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

    Name of Document                                          Number of Pages

    Complaint                                                      28

    _____                           _____

    _____                           _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.